```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ANTHONY R. MEGLINO,

                    Plaintiff,
                                            5:06-CV-968
         v.                                 (FJS/GJD)

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
_____

APPEARANCES:                        OF COUNSEL

ANTHONY R. MEGLINO
PRO SE
113 Morey Avenue
Syracuse, NY   13207


COMMISSIONER OF SOCIAL SECURITY     Vernon Norwood, Esq.
Social Security Administration      Special Asst. U.S. Attorney
Office of Regional
         General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY   10278
```

**FREDERICK J. SCULLIN, JR., S.D.J.:**

### DECISION AND ORDER

Presently before the Court is Magistrate Judge Gustave J. DiBianco's April 23, 2008 Report-Recommendation in which he recommends that the decision of the Commissioner be AFFIRMED and the Complaint be dismissed. The Court having reviewed the Report-Recommendation and the entire file in this matter and plaintiff having filed no objections to said Report-

Recommendation, the Court hereby

**ORDERS** that the Report-Recommendation filed by Magistrate Judge Gustave J. DiBianco on April 23, 2008, is, for the reasons stated therein, **ACCEPTED** in its entirety; and the Court further

**ORDERS** that the decision of the Commissioner is **AFFIRMED** and the Complaint is **DISMISSED**, and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of the Defendant and close this case.

**IT IS SO ORDERED.**

Dated:   May 19, 2008
         Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge