United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**ANTHONY R. MEGLINO,**

      **Plaintiff,**

  **V.**                    **CASE NUMBER:**    **5:06-cv-968**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

**[ ] Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ X ] Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Report-Recommendation filed by Magistrate Judge Gustave J. DiBianco on April 23, 2008 is, for the reasons stated therein, ACCEPTED in its entirety; and it is further

    ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED and the Complaint is DISMISSED.

    All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 19th day of May, 2008.

**DATE:**    **May 19, 2008**                    **LAWRENCE K. BAERMAN**
                                                              **CLERK OF COURT**

                                                              s/

                                                              _____
                                                              **By:    Lori M. Welch**
                                                                      **Deputy Clerk**